FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> _Ronson_ Defendant. ) <br> ) | Case No.: 98-CR-1138-R <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___CD/CA___

|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  | and/or |
| 5  | B. ( ) The defendant has not met his/her burden of establishing by |
| 6  | clear and convincing evidence that he/she is not likely to pose |
| 7  | a danger to the safety of any other person or the community if |
| 8  | released under 18 U.S.C. § 3142(b) or (c). This finding is based |
| 9  | on: _____ |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 15 | the further revocation proceedings. |
| 16 |    |
| 17 | Dated: 12/3/12 |

_____
UNITES STATES MAGISTRATE JUDGE